IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD

LINDA GAIL NELSON,

     Plaintiff,

v.                                  CIVIL ACTION NO. 1:18-01332

ANDREW SAUL,
Commissioner of Social Security,

     Defendant.


**MEMORANDUM OPINION AND ORDER**

     By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation ("PF&R") on August 2, 2019, in which he recommended that the court deny the plaintiff's request to reverse the Commissioner's decision; grant defendant's request to affirm the Commissioner's decision; affirm the final decision of the Commissioner; and dismiss this matter from the court's docket.

     In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a

waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Tinsley as follows:

1. Plaintiff's request to reverse the Commissioner's decision is **DENIED**;
2. Defendant's request to affirm the Commissioner's decision is **GRANTED**;
3. The final decision of the Commissioner is **AFFIRMED**; and
4. The Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 22nd of August, 2019.

ENTER:

David A. Faber
Senior United States District Judge